**Mary C. McDonnell, Esq. - Attorney ID #: 045271992**
PFUND MCDONNELL, P.C.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
(201) 857-5040
mmcdonnell@pfundmcdonnell.com
*Attorneys for Defendants, the City of Fort Lee and the Fort Lee Police Department*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK**

| | |
|---|---|
| MARK APPELGREN<br>*Plaintiff(s)*<br>VS.<br><br>CITY OF FORT LEE; FORT LEE POLICE DEPARTMENT; FORT LEE OFFICERS JOHN DOES 1-10 (Names being fictitious): and ABC CORP. 1-10 (Names being fictitious)<br>*Defendant(s)* | Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>CIVIL ACTION NO.<br>2:24-cv-08013-MCA-MAH<br><br><u>CIVIL</u> <u>ACTION</u><br><br>**NOTICE OF APPEARANCE** |

I, **MARY C. MCDONNELL, ESQ.**, of Pfund McDonnell, P.C., hereby formally enters a Notice of Appearance on behalf of Defendants, the City of Fort Lee and the Fort Lee Police Department.

PFUND MCDONNELL, PC.

By:_____
**MARY C. MCDONNELL, ESQ.**

                              Attorneys for Defendants, the City of Fort Lee and the Fort Lee Police Department

Dated: September 5, 2024