**Mary C. McDonnell, Esq. - Attorney ID #: 045271992**
**David J. Guzik, Esq. - Attorney ID #: 247632021**
Pfund McDonnell, P.C.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
(201) 857-5040
*Attorneys for Defendants, the City of Fort Lee and the City of Fort Lee Police Department*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *Plaintiff(s)*<br>MARK APPELGREN<br><br>vs.<br><br>*Defendant(s)*<br>THE CITY OF FORT LEE; THE CITY OF FORT LEE POLICE DEPARTMENT and JOHN DOES 1-10 | CIVIL ACTION NO. 2:24-cv-08013-MCA-MAH<br><br>Motion Return Date: November 4, 2024<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |

TO:   Mark Appelgren,
        3718 Columbia Pike, Apartment 2
        Arlington, Virginia, 22204

**PLEASE TAKE NOTICE** that on **Monday, November 4, 2024 at 9:00 a.m,**

upon the annexed declaration of David J. Guzik, Esq. dated October 3, 2024, the

undersigned attorney for Defendants, the City of Fort Lee and the City of Fort Lee

Police Department shall move before the Honorable Madeline Cox Arleo, U.S.D.J.,

at the United States Courthouse for the District of New Jersey, Martin Luther King

Federal Bldg. and U.S. Courthouse, 50 Walnut St., Newark, New Jersey 07102, for an

Order dismiss Plaintiff's First Amended Complaint (Doc 8) in its entirety and with

prejudice and for such other and further relief as the Court may deem proper in the circumstances. Oral argument is requested if this motion is opposed and if approved by the Court.

PLEASE TAKE FURTHER NOTICE that the return date is calculated to be on **November 4, 2024,** at 9:00 a.m. or any date thereafter set by the Court; the date the opposition is calculated to be is on or before **October 21, 2024,** the date the Reply, if any, is calculated to be **October 28, 2024,** and courtesy copies will be sent via regular U.S. mail to Judge Arleo. A copy is also being sent to the *pro se* Plaintiff Mark Appelgren via Certified Mail.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the Brief, Certification of Counsel, and Certificate of Service attached hereto is support of said application. A proposed form of Order is annexed hereto.

> **PFUND MCDONNELL, P.C.**
> *Attorneys for Defendants, the City of Fort Lee and the City of Fort Lee Police Department*
>
> **By**: *s/ David J. Guzik, Esq.*
>  DAVID J. GUZIK, ESQ.

Dated: October 3, 2024