UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK APPELGREN, Pro Se <br><br> Plaintiff, <br><br> v. <br><br> CITY OF FORT LEE et al., <br><br> Defendants. | No. 2:24 – CV – 08013 – MCA – MAH <br><br> CIVIL ACTION <br><br> DATED: November 19, 2024 |

## NOTICE OF ERRATA

TO THE HONORABLE JUDGE MICHAEL A. HAMMER:

Plaintiff, Mark Appelgren, respectfully submits this Notice of Errata to notify the Court and Defendants regarding the resubmission of Document [19]: Motion for Leave to File Brief in Opposition to Defendant's Motion to Dismiss Out of Time, along with Plaintiff's complaint, as follows:

On November 13, 2024, Plaintiff received a Quality Control Message from the Clerk of Court indicating that Document [19], filed on November 12, 2024, contained improper use of an electronic signature format. The Clerk further requested resubmission of the document with proper wet-ink signatures, as required by the Local Civil Rules.

Plaintiff acknowledges that the hearing for Document [19] is scheduled for December 16, 2024, before Magistrate Judge Michael A. Hammer. Plaintiff intends to fully comply with the Court's rules in advance of the deadline.

Plaintiff is submitting the following corrected documents:

- Brief in Opposition to Defendant's Motion to Dismiss with all required wet-ink signatures.

- Complaint in the proper format, also with wet-ink signatures, in compliance with local rules and civil procedures.

- Properly formatted and referenced exhibits.

Due to electronic system limitations, the corrected version of the above-referenced documents will be mailed to the Clerk of Court as a physical submission, with copies served upon Defendants.

DATED: November 19, 2024

Respectfully submitted,

/s/ Mark Appelgren

Mark Appelgren, Pro Se

3718 Columbia Pike, Apt. 2

Arlington, VA 22204

Phone: 201-232-1441

Email: Mark.Appelgren0701@yahoo.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK APPELGREN, Pro Se<br><br>                    Plaintiff,<br>v.<br>CITY OF FORT LEE et al.,<br><br>                    Defendants. | No. 2:24 – CV – 08013 – MCA – MAH<br><br>CIVIL ACTION<br><br><br><br>DATED: November 19, 2024 |

## CERTIFICATE OF SERVICE

I, Mark Appelgren, hereby certify that a true and correct copy of the foregoing Notice of Errata was filed electronically through the CM/ECF system and served upon all counsel of record. Due to the large size of ECF No. 19, Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss the Amended Complaint, a physical copy of the document, including all properly formatted exhibits with wet-ink signatures, was mailed to the Court and served upon all Defendants.

Dated: November 19, 2024

Respectfully submitted,

/s/ Mark Appelgren

Mark Appelgren, Pro Se

3718 Columbia Pike, Apt. 2

Arlington, VA 22204

Phone: 201-232-1441

CC: Counsel of Record

Mary C. McDonnell mmcdonnell@pfundmcdonnell.com, bbernier@pfundmcdonnell.com, dbauer@pfundmcdonnell.com, yrogers@pfundmcdonnell.com